September 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DANIEL MARRITT STALEY, Appellant

NO. 14-13-00658-CR           V.

THE STATE OF TEXAS, Appellee

_____

        This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.